AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2484

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>L'ADRESSE NOMAD, LLC</u> was received by me on *(date)* <u>March 27, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>SLAVA, Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>L'ADRESSE NOMAD, LLC, the following documents: Complaint and Issued Summons,</u> on *(date)* <u>Friday, April 4, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$</u>.

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

DWIGHT MORANT
_____
*Printed name and title*

Medley Serves & Investigations, LLC
41 Schermerhorn Street Suite 318, Brooklyn , NY 11201
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 4, 2025, 12:41 pm EDT at COMPANY: 1065 6TH AVENUE, NEW YORK, NY 10018 received by SLAVA "DOE" as Manager. Age: 50s; Ethnicity: Caucasian; Gender: Male; Weight: 170's; Height: 6'; Hair: Brown; Eyes: Black;
.