```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/25
```

SIMON ISAKOV,

        Plaintiff,

-against-

L'ADRESSE NOMAD, LLC,

        Defendant.

25-CV-2484 (DEH) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, if any, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling and discovery must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

## Answer Deadline

    Plaintiff filed the complaint on March 26, 2025. (Dkt. 1.) Plaintiff served defendant on April 4, 2025 (Dkt. 7), making defendant's answer due April 25, 2025. On April 25, 2025, the parties filed a joint letter-motion requesting a 30-day extension of defendant's time to answer (Dkt. 9), which the Court granted, making defendant's answer due on May 28, 2025. (Dkt. 10.) On May 28, 2025, defendant filed a second request to extend its time to answer to June 27, 2025 (Dkt. 11), which the Court again granted. (Dkt. 12.) Although that date has come and gone, defendant has not filed an answer to the complaint and plaintiff has not requested a certificate of default. Accordingly, it is hereby ORDERED that, if defendant has not answered or otherwise responded

to the complaint before **July 11, 2025**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

### General Pre-Trial Management

1. Once a discovery schedule has been issued, all discovery must be initiated in time to be concluded by the close of discovery set by the Court.

2. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is this Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless the Court determines that more formal briefing is required. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery will be denied as untimely.

3. For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

4. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference), or to extend a deadline, must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

5. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

6.    If you are aware of any party or attorney who should receive notice in this action, other than those currently listed on the docket sheet, please notify Courtroom Deputy Tamika Kay at (212) 805-0228 immediately.

7.    Counsel for the plaintiff must serve a copy of this Order on any defendant previously served with the summons and complaint, must serve this Order along with the summons and complaint on all defendants served hereafter, and must file proof of such service with the Court.

Dated: New York, New York
       June 30, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**