# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

SIMON ISAKOV, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

L'Adresse Nomad, LLC

    Defendant.

---

Case no. 1:25-cv-2484

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: September 17, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ Michael H. Cohen**

By: Michael H. Cohen, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (718)-715-1646

Email: mcohen@ealg.law